*877
 

 ORDER
 

 Writ granted. In light of the defendants’ stipulation to the latency of Janice Russo’s disease and this Court’s prior findings concerning the existence of a medical malpractice insurance crisis in the 1970s, the Court of Appeal erred in reversing the District Court’s judgment and remanding this matter for a
 
 Sibley v. Board of Supervisors of Louisiana State University,
 
 477 So.2d 1094 (La.1985), hearing on these issues.
 
 See Crier v. Whitecloud,
 
 496 So.2d 305, 308-09 (La.1986);
 
 see also, Branch v. Willis-Knighton Medical Center,
 
 92-3086, pp. 9-10 (La.4/28/94), 636 So.2d 211, 215, overruled on other grounds in
 
 David v. Our Lady of the Lake Hospital,
 
 02-2675 (La.07/02/03), 849 So.2d 38. Accordingly, the judgment of the Court of Appeal is hereby reversed, and the judgment of the District Court is hereby reinstated.
 

 JOHNSON and WEIMER, JJ., would deny.